Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31281−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne Manuel
   319 Berg Avenue
   Hamilton, NJ 08610

Social Security No.:
   xxx−xx−1437

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 7, 2016 and a confirmation hearing on such Plan has been scheduled for May 24, 2017.

The debtor filed a Modified Plan on May 29, 2017 and a confirmation hearing on the Modified Plan is scheduled for July 12, 2017 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 1, 2017
JAN: wdr

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 16-31281-KCF
Yvonne Manuel                                                Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Jun 01, 2017
                              Form ID: 186                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db             +Yvonne Manuel,    319 Berg Avenue,    Hamilton, NJ 08610-4907
516486571      +Alltran Financial,    PO Box 610,   Re: Credit One; LVNV,    Sauk Rapids, MN 56379-0610
516486572      +Avenue,   PO Box 659584,    San Antonio, TX 78265-9584
516701488      +Bank of America, N.A.,    c/o PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,
                 Moorpark, CA 93021-2602
516486573      +Brylane Home,    PO Box 659728,    San Antonio, TX 78265-9728
516486574      +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516486575      +Client Services, Inc.,    Re: Capital One,   3451 Harry Truman Blvd,
                 Saint Charles, MO 63301-4047
516486576      +Comenity Capital (Avenue),    PO Box 182120,   Columbus, OH 43218-2120
516486577      +Convergent,   Re: Dish Network,    800 SW 39th St,   PO Box 9004,    Renton, WA 98057-9004
516486578      +Credence Resource Mngmt,    PO Box 2147,   Re: T Mobile,    Southgate, MI 48195-4147
516486582      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,   Re: Penny Mac,
                 Philadelphia, PA 19106-1541
516705111      +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444,    Attn: Bankruptcy
516486585      +Penny Mac,   PO Box 514387,    Los Angeles, CA 90051-4387
516486588     #+Stellar Recovery,    1327 Hwy 2 West,    Suite 100,   Re: Dish Network,
                 Kalispell, MT 59901-3413
516486589     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     PO Box 742596,   Cincinnati, OH 45274)
516594515       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,     PO Box 19657,
                 Irvine, CA 92623-9657
516486592      +Wells Fargo Dealer Services,    PO Box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2017 21:56:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2017 21:56:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516509559       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2017 22:07:07
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
516486580      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 01 2017 21:56:42
                 Credit Collection Services,   Re: Personal Service Insurance Co.,    Two Wells Avenue,
                 Newton Center, MA 02459-3225
516486579      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 01 2017 21:56:42
                 Credit Collection Services,   Re: Geico,   Two Wells Avenue,   Newton Center, MA 02459-3225
516486581      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 01 2017 22:00:12     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
516486583      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2017 21:59:54     LVNV Funding,
                 Re: Credit One,   PO Box 10497,   Greenville, SC 29603-0497
516589727       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2017 22:00:05
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516537068      +E-mail/PDF: cbp@onemainfinancial.com Jun 01 2017 21:59:51     ONEMAIN,   605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
516486584      +E-mail/PDF: cbp@onemainfinancial.com Jun 01 2017 21:59:48     One Main Financial,
                 PO Box 183172,   Columbus, OH 43218-3172
516778684       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2017 22:20:33
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
516778685       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2017 22:20:36
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
516702324       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2017 22:06:43
                 Portfolio Recovery Associates, LLC,   c/o Household Bank,   POB 41067,    Norfolk VA 23541
516486586      +E-mail/Text: bankruptcy@pseg.com Jun 01 2017 21:55:48     PSE&G,   Re: 66 182 574 09,
                 PO Box 490,   Cranford, NJ 07016-0490
516504342       E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2017 21:56:07
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
516486587      +E-mail/Text: bankruptcy@sw-credit.com Jun 01 2017 21:56:14     Southwest Credit Systems,
                 Re: T-Mobile,   4120 International Pkwy,   Suite 1100,    Carrollton, TX 75007-1958
516486591       E-mail/Text: tidewaterlegalebn@twcs.com Jun 01 2017 21:55:57     Tidewater Finance Co.,
                 6520 Indian River Road,   Virginia Beach, VA 23464
516515133       E-mail/Text: tidewaterlegalebn@twcs.com Jun 01 2017 21:55:58     Tidewater Finance Company,
                 PO Box 13306,   Chesapeake, VA 23325
516486590      +E-mail/Text: tidewaterlegalebn@twcs.com Jun 01 2017 21:55:57     Tidewater Credit Services,
                 PO Box 17308,   Baltimore, MD 21297-1308
                                                                                              TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jun 01, 2017
                              Form ID: 186             Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516486570     ##+Allied Interstate,   Re:  Dish Network,   PO Box 4000,    Warrenton, VA 20188-4000
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John    Zimnis    on behalf of Debtor Yvonne    Manuel njbankruptcylaw@aol.com.
              William M.E. Powers     on behalf of Creditor     PennyMac Loan Services, LLC as servicing agent for
               Bank of America, N.A.  ecf@powerskirn.com
              William M.E. Powers     on behalf of Creditor    BANK OF AMERICA, N.A ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicing agent
               for Bank of America, N.A.  ecf@powerskirn.com
                                                                                             TOTAL: 6
```