**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
: 
Caption in Compliance with D.N.J. LBR 9004-2(c) :   **Order Filed on August 3, 2017**
:   **by Clerk**
Law Office Peter Zimnis :   **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road :   **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
:
In re: :
YVONNE MANUEL :
:
:
Debtors :
: Case No.: 16-31281
:
: Chapter 13
:
: Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: August 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Yvonne Manuel
Case No.:  16-31281 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $600 for services rendered and expenses in the amount of $0 for a total of $600. The allowance shall be payable:

  ___x__  through the Chapter 13 Plan as an administrative priority from
    funds on hand
  _____  outside the Plan

  The debtor's monthly Plan is not modified, thus the debtor will continue to pay $200 per month for the remaining months to allow for payment of aforesaid fee.