**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
YVONNE MANUEL

    Debtors

**Order Filed on August 3, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 16-31281

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: August 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Yvonne Manuel
Case No.:  16-31281 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $600 for services rendered and expenses in the amount of $0 for a total of $600. The allowance shall be payable:

     ___x__   through the Chapter 13 Plan as an administrative priority from
             funds on hand
     _____   outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $200 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Manuel  
      Debtor

Case No. 16-31281-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 04, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.  
db        +Yvonne Manuel,   319 Berg Avenue,   Hamilton, NJ 08610-4907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:  
      Albert   Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John   Zimnis   on behalf of Debtor Yvonne  Manuel njbankruptcylaw@aol.com.  
      William M.E. Powers   on behalf of Creditor   PennyMac Loan Services, LLC as servicing agent for Bank of America, N.A. ecf@powerskirn.com  
      William M.E. Powers   on behalf of Creditor   BANK OF AMERICA, N.A ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   PennyMac Loan Services, LLC as servicing agent for Bank of America, N.A. ecf@powerskirn.com  
      TOTAL: 6