# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Yvonne Manuel | Case No.: | 16-31281 |
| | Hearing Date: | 10/26/2022 at 2:00 pm |
| | Chapter: | 13 |
| | Chief Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to: Application for Payment of Unclaimed Funds

**Location of Hearing:** Courtroom No. __8__
United State Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** October 26, 2022 at 2:00 pm, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: October 4, 2022

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __October 4__, 20__22__ this notice was served on the following: Jairo Camaro, Adams & Cohen, Trustee, Debtor.

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Yvonne Manuel  
    Debtor

Case No. 16-31281-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 04, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Yvonne Manuel, 319 Berg Avenue, Hamilton, NJ 08610-4907 |
| cr | + | Jairo Camargo, Adams & Cohen, LLC, PO Box 2784, Auburn, AL 36831-2784 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Yvonne Manuel njbankruptcylaw@aol.com. |
| William M.E. Powers | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor PennyMac Loan Services  LLC as servicing agent for Bank of America, N.A. ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor BANK OF AMERICA  N.A ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor PennyMac Loan Services  LLC as servicing agent for Bank of America, N.A. ecf@powerskirn.com

TOTAL: 7